In the Matter of the Claim of MARY POKORNY, Respondent, v. CHAD-BOURNE WALLACE, PARKES & WHITESIDE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

664

Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.